UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| TRAVIS BRANCO,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 1:10-cv-00863-AWI-SKO<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

　　　The Court has reviewed the Stipulation of Plaintiff TRAVIS BRANCO and Defendant GLOBAL CREDIT AND COLLECTION CORPORATION to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

06283.00/167067

ORDER RE STIPULATION RE DISMISSAL

1    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP
2  41(a)(1). Each party shall bear their own costs and expenses.

4  IT IS SO ORDERED.

6  Dated:    September 2, 2010                              _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE